ANNA J. SCHOELLKOPF, Appellant, *v.* MARINE TRUST COMPANY OF BUFFALO, Individually and as Trustee, Respondent, and WALTER H. SCHOELLKOPF et al., Appellants.

Argued November 23, 1938; decided December 9, 1938.

*Henry B. Harrington* for plaintiff, appellant.

*George G. Davidson, Jr.,* for defendants, appellants.

*Fritz Fernow* and *William E. Lytle* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.